UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

TERRY INGHAM, ) SA CV 09-931-SH
) 
        Plaintiff, ) JUDGMENT
)
vs. )
)
)
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION )
J )
        Defendant, )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: May 10, 2010

/ s /
_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE